**Order filed October 2, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00186-CV
_____

**SIGNORA LYNCH, Appellant**

**V.**

**KAREN GEORGE-BAUNCHAND AND JOHN C. OSBORNE, Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-64880**

---

# O R D E R

Appellant's brief was due August 29, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 3, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM